(120 So. 923)

**Lillie BRYANT v. STATE.   (6 Div. 555.)**

Court of Appeals of Alabama.   Feb. 26, 1929.

BRICKEN, P. J.   Appeal dismissed on motion of appellant.

(125 So. 918)

**Wilmer BRYANT v. STATE.   (6 Div. 703.)**

Court of Appeals of Alabama.   Dec. 10, 1929.

RICE, J.   Affirmed.

(124 So. 919)

**W. H. BULLEN v. STATE.   (I Div. 845.)**

Court of Appeals of Alabama.   Nov. 19, 1929.

RICE, J.   Affirmed.

(123 So. 923)

**Raymond BURK v. STATE.   (6 Div. 472.)**

Court of Appeals of Alabama.   June 18, 1929.

Windham & Countryman, of Birmingham, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.   Affirmed.

(123 So. 924)

**Vester BURK v. STATE.   (6 Div. 596.)**

Court of Appeals of Alabama.   May 7, 1929.

Rehearing Denied June 18, 1929.

Oscar Metz, of Birmingham, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.   The points of decision, based upon several rulings of the court and presented on this appeal for our consideration, are so clearly free from prejudicial error no discussion is necessary. The appellant was convicted for murder in the second degree, and his punishment fixed at imprisonment in the penitentiary for 15 years.

The evidence shows without dispute that he killed Chaney Belcher by shooting her with a pistol. He was accorded full opportunity by the court to make his defense, and a jury question was presented by the evidence adduced upon the trial. No error of a reversible nature appearing, and the record being regular in all things, the judgment of conviction, from which this appeal was taken, will stand affirmed.

Affirmed.

(128 So. 914)

**Henry BURNS, alias Shag, v. STATE.**
**6 Div. 719.**

Court of Appeals of Alabama.
May 13, 1930.

BRICKEN, P. J.
Appeal dismissed.

(119 So. 919)

**W. M. BURRS v. STATE.   (6 Div. 409.)**

Court of Appeals of Alabama.   Dec. 11, 1928.

BRICKEN, P. J.   Appeal dismissed.

(124 So. 920)

**Zed BURTON v. STATE.   (5 Div. 766.)**

Court of Appeals of Alabama.   June 25, 1929.

Rehearing Denied Oct. 8, 1929.

Jas. W. Strother, of Dadeville, for appellant.
Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.

RICE, J.   Affirmed.